*Stephen J. Roth,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, *Daniel J. O'Hara* and *Ernest O. Zirkalos,* Assistant Attorneys General, for respondents.

No. 350. UNITED STATES *v.* WALKER. C. A. 2d Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *Peter L. F. Sabbatino* and *Thomas J. Todarelli* for respondent.

No. 383. GILSON BROTHERS *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD. Supreme Court of Wisconsin. Certiorari denied. *Clark M. Robertson* and *Howard R. Johnson* for petitioner. *Thomas E. Fairchild,* Attorney General of Wisconsin, *Stewart G. Honeck,* Deputy Attorney General, and *Beatrice Lampert,* Assistant Attorney General, for respondent. *Solicitor General Perlman* and *Robert N. Denham* filed a brief for the National Labor Relations Board, as *amicus curiae,* supporting the petition.

No. 385. DISTRICT OF COLUMBIA *v.* HAMILTON NATIONAL BANK OF WASHINGTON. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Vernon E. West, Chester H. Gray, George C. Updegraff* and *Harry L. Walker* for petitioner. *Roger J. Whiteford, John J. Wilson* and *Philip S. Peyser* for respondent.

No. 401. DISTRICT OF COLUMBIA *v.* BANK OF COMMERCE & SAVINGS ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Vernon E. West, Chester H. Gray, George C. Updegraff*